

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-29-1995

# United States v Bishop

Precedential or Non-Precedential:

Docket 94-5321

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"United States v Bishop" (1995). *1995 Decisions.* Paper 246.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/246

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 94-5321 and 94-5387
_____


UNITED STATES OF AMERICA

vs.

KEVIN BISHOP

Appellant, No. 94-5321.

_____


UNITED STATES OF AMERICA

vs.

EDWARD STOKES

Appellant, No. 94-5387.

_____


APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

(D.C. Criminal Nos. 93-cr-00552-2 and 93-cr-00552-1)

_____


ARGUED JUNE 28, 1995

BEFORE:  BECKER, LEWIS and GARTH, Circuit Judges.

_____

ORDER AMENDING SLIP OPINION
_____


IT IS HEREBY ORDERED that the Slip Opinion filed in
this case on September 7, 1995, be amended as follows:
The last sentence of footnote 19, which appears on

page 25, shall be deleted in its entirety.

                              BY THE COURT


                              /s/ Timothy K. Lewis
                                 Circuit Judge

Dated:  September 29, 1995